UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Codus J. McKarr,

    Plaintiff,

vs                                                                              Case No: 12-10842
                                                                          Honorable Victoria A. Roberts

MICHAEL ASTRUE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**I.    INTRODUCTION**

    This matter is before the Court on Codus J. McKarr's pro se action pursuant to 42 U.S.C. § 405 (g) to challenge a final decision of the Commissioner of Social Security to deny his application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act.

    The parties filed cross-motions for summary judgment. The Magistrate Judge recommended that the Commissioner's motion be granted, that McKarr's motion be denied, and the Commissioner's decision be affirmed.

    The Court reviews *de novo* any part of the Magistrate Judge's Report and Recommendation on a dispositive motion that is properly objected to . Fed. R. Civ. Pro. 72 (b)(3). After careful review of the entire record, the Court agrees with the Magistrate Judge's conclusion, and finds that substantial evidence supports the decision that McKarr is not disabled.

    The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **GRANTS** the Commissioner's Motion for Summary Judgment, **DENIES** McKarr's cross motion and

affirms the Commissioner's decision.

**IT IS ORDERED**.

                                               s/Victoria A. Roberts
                                               Victoria A. Roberts
                                               United States District Judge

Dated:  December 13, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Codus McKarr by electronic means or U.S. Mail on December 13, 2012.

s/Linda Vertriest
Deputy Clerk

---